Pee, CuRiam.
 

 The lessors of the plaintiff claimed an ejectment to the lands in question, and upon the trial there was a bill of exceptions, which stated the evidence to show that the lands belonged to Blackmore, the devisor, in his lifetime, and at the time of his death he left the lessors of the plaintiff his heirs at law. It next stated * a will, in which is this devise: “ I give and bequeath to Elizabeth Hudson’s daughter, Cyn-derella,
 
 all and every part of my
 
 property, goods, chattels, specie of every denomination whatsoever, except such articles hereinafter bequeathed.
 

 “ I give to William Blackmore the land lying above Bledsoe’s Lick road, up the Kentucky road, on Dry Creek; also, my still and tubes.
 

 “ I give George Blackmore all my smith’s tools. I give Andrew Davis my cross-cut saw, and horse-mill, and all the implements. I give Mille Fray, 100 acres of land on Stone’s River, adjoining Bryan Edwards and John Salter. I give' Elizabeth Hudson 50 acres of land I bought of Jeremiah Toliver. Elizabeth. Hudson is to keep possession of my house and have subsistence at the discretion of the executors until Cynderella is married, or 18 years old, and at that period the said Elizabeth to have one third part of what stock of horses, cattle, and sheep is then on the plantation,
 
 *596
 
 and two beds and furniture ; and if the said Cynderella die without heir, her property returns to my heirs,” &c. The other parts of the will are immaterial as to this question.
 

 The land sued for is the tract he lived on at the time of his death. The heirs insist it is not included in the devise to Cynder-ella. Cynderella married the defendant, Payne.
 

 “
 
 All my property,
 
 goods,
 
 chattels, and specie whatsoever
 
 ” would by the restriction of the latter word be confined to personalty, but for the words “
 
 except such articles hereinafter
 
 bequeathed,” followed by devises of lands as well as personals to several persons, which explains these lands to be part of -the excepted articles, and implies that they would but for this expression fall úhder the comprehensive term, property. This idea is again further elucidated by the continuance in his house of Elizabeth Hudson, till Cynderella should be of the age of 18, or marry. After
 
 that
 
 she is to * give up the possession of the house, to whom is not said, but it is plain, to Cynderella; and how is she entitled to it, but under the term
 
 property,
 
 which, in the estimation of the devisor, is included in it; and then, also, in the same estimation it included everything, real and personal not excepted, and the lands in question amongst other things.
 
 Affirm the judgment.
 

 See
 
 Williams
 
 v.
 
 Williams,
 
 10 Yer. 20; King’s Digest, 12, 191
 
 et seq.